IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RYAN WAYNE BROWN, § § Plaintiff, § § v. § § SOUTHWEST CORRECTIONAL § MEDICAL GROUP, § § Defendant. § | Civil Action No. 7:17-cv-00151-M-BP |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Motion for Summary Judgment, ECF No. 50, is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 28th day of February, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE